*MAILED TO pltff + COUNSEL*  April 19, 2010

From: John Vera Moreno # 98A0175
      Green Haven Corr. Fac.
      P.O. Box 4000
      Stormville, N.Y. 12582

To:   The Honorable Loretta A. Preska
      United States District Judge
      Southern Disctrict of New York
      500 Pearl St.  Rm: 1320
      New York, N.Y.  10007

*RECEIVED APR 15 2010 LORETTA A. PRESKA U.S. DISTRICT JUDGE S.D.N.Y.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/10

Re:   Milburn v. Coughlin (Application of John Vera Moreno)
      Case No. 79 Civ. 5077 (LAP)
      Request to Access Necessary Law Library Time
      Green Haven Reduction of Access to the Court and Tools

Dear Judge Preska;

   I am the above mention plaintiff in the application for Contempt for Violation of the Consent Decree, Milburn v. Coughlin. Respectfully I am requesting for an Order granting plaintiff access to the necessary Law Library time.

   You Honor provided plaintiff with a Pro-Bono assistance of counsel for incoming pre-trial conference on May 11, 2010, and an evidentiary hearing for May 26, 2010. Plaintiff needs the access to the law library in order to do the proper legal research and to copy any necessary documents, which they have to get done in person at the library.

   Due to plaintiff filing the consent decree violation, his normal weekly access to the facility law library was reduced from 5 days 2 1/2 hours per week to 1 day 2 1/2 per week, which is insufficient for plaintiff in order to prepare for the hearings.

   Plaintiff provide the facility law library supervisor with a copy of the Court's Scheduling Order dated 3-3-2010, which indicated the schedule Court dates. Plaintiff request for more than one day por week but his request was denied because the scheduling Court Order donot point out that plaintiff had to be provided with access to the law library. Plaintiff is trying to avoid filing any additional grievances, complaints for interference with plaintiff's access to the Court and Tools.

   Your Honor, thank you again for your time and consideration with this request.

                                    Sincerely;  *John Vera Moreno*
                                                John Vera Moreno # 98A0175

P/S   See Attach Correspondence Dated :
      Feb. 3, 2010/ Jan. 19, 2010/ April 27, 2009

cc.:  Ms. Odessky/ Ass. Att. General
      Ms. Tarantolo/ Jenner & Block Atts

*Ms. Odessky shall inquire and inform the Court promptly by letter why Mr. Moreno's law library time was decreased, as set out above. So ordered.*
*Loretta A Preska*
*April 16, 2010*
*USDJ*