# Dechert
LLP

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

YELENA SHREYBERG

yelena.shreyberg@dechert.com
+1 212 698 3541 Direct
+1 212 698 0494 Fax

March 2, 2015

**VIA ECF**

Hon. Loretta A. Preska
Chief Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  *Milburn v. Coughlin*, 79 Civ. 5077 (LAP)

Dear Judge Preska:

We represent Plaintiffs, the class of individuals incarcerated at Green Haven Correctional Facility ("Green Haven"), in the above captioned litigation. As discussed with Your Honor on our telephone call today, Plaintiffs have agreed to withdraw their Opposition to Defendants' Motion to Terminate the September 27, 1991 Modified Final Judgment (the "Motion to Terminate") (Dkt. # 431), as well as withdraw Plaintiffs' Cross-Motion to Modify the September 27, 1991 Modified Final Judgment Pursuant to Fed.R.Civ.P. 60(b)(5) (the "Cross-Motion") (Dkt. #444)), based on the representation by counsel for Defendants that Dr. Carl J. Koenigsmann, Deputy Commissioner and Chief Medical Officer of the Department of Corrections and Community Supervision, and Dr. Frederick Bernstein, Green Haven's Facility Health Services Director, will promptly meet in person with Plaintiffs' expert, Dr. Ronald Shansky, to enable Dr. Shansky to present his expert findings and recommendations with respect to medical care and record keeping at Green Haven.

Accordingly, based on Defendants' counsel's representation, Plaintiffs hereby withdraw their opposition to the Motion to Terminate and withdraw the Cross Motion.

Respectfully submitted,

*/s/ Yelena Shreyberg*

Yelena Shreyberg

YS

cc: Barbara Maddox, Esq.