UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Milburn,

                    Plaintiff(s),

    -against-

Dogin, et al.,

                    Defendant(s).
------------------------------------x

79 Civ. 5077 (LAP)

SCHEDULING ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It is hereby

    ORDERED that counsel are directed to appear in courtroom 12A, or such other courtroom as may be designated, United States Courthouse, 500 Pearl Street, New York, New York 10007 on February 5, 2020 at 11:00 a.m. for a conference in the above action.

SO ORDERED.

_Loretta A. Presley_
Loretta A. Preska, Senior U.S.D.J.

Dated: New York, New York
       January 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-14-2020