UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
LOUIS MILBURN, et al.,              :
                                    :
              Petitioners,          :
                                    :        79-cv-5077 (LAP)
        -v.-                        :
                                    :           ORDER
THOMAS COUGHLIN III, et al.,        :
                                    :
              Respondents.          :
------------------------------------x
```

LORETTA A. PRESKA, United States District Judge:

Counsel shall confer and inform the Court by letter no later than March 17, 2020 about their progress in drafting a notice to class members and in seeking additional/substitute counsel for the class.

In addition, counsel for defendants shall respond by letter to Mr. Lifrieri's letter dated February 26, 2020 [dkt. no. 510]. SO ORDERED.

Dated:      New York, New York
            March 10, 2020

                                    _Loretta A. Presley_
                                    LORETTA A. PRESKA
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 310-2020

1