UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

        Plaintiffs,

  -versus-

HENRY S. DOGIN, et al.,

        Defendants.

79 Civ. 5077

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    The Court has received the letter dated March 31, 2020 from Prisoners' Legal Services of New York ("PLS") explaining the need for a law firm to partner with PLS and Amy Jane Agnew, Esq., to represent plaintiffs here. (See dkt. no. 525.)

    Counsel shall continue working to locate such a law firm, perhaps by soliciting thoughts from the Legal Aid Society Prisoners' Rights Project, and report to the Court by letter no later than May 15, 2020.

**SO ORDERED.**

Dated:  April 15, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior U.S. District Judge