UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│                                  │
│ MILBURN,                         │         79 Civ. 5077
│              Plaintiff,          │
│                                  │            ORDER
│      -versus-                    │
│                                  │
│ DOGIN, et al,                    │
│                                  │
│              Defendants.         │
│                                  │
└─────────────────────────────────┘
```

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

     To the extent Plaintiff's counsel or Prisoners Legal Services wishes to respond to Ms. Agnew's letter dated April 19, 2020, they may do so no later than April 23, 2020.


**SO ORDERED.**


Dated:  April 20, 2020
        New York, New York

_Loretta A. Presla_

_____
LORETTA A. PRESKA
Senior U.S. District Judge