UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MILBURN,<br><br>         Plaintiff,<br><br>    -versus-<br><br>DOGIN, et al.,<br><br>         Defendants. | 79 Civ. 5077<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

   The Court has reviewed counsel's recent letter.  Interested counsel, including Ms. Lewis and Ms. Agnew, shall confer and propose a schedule for selecting class representatives, class counsel, etc.


**SO ORDERED.**

Dated:  April 24, 2020
        New York, New York

_____
LORETTA A. PRESKA
Senior U.S. District Judge