UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>        Plaintiffs,<br><br>  -versus-<br><br>HENRY S. DOGIN, et al.,<br><br>        Defendants. | 79 Civ. 5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    Counsel and potential counsel who wish to respond to Mr. Lifrieri's letter dated May 8 (dkt. no. 537) shall do so no later than June 9.

**SO ORDERED.**

Dated:  June 1, 2020
        New York, New York

                                                  */s/ Loretta A. Preska*
                                                  _____
                                                  LORETTA A. PRESKA, U.S.D.J.