UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

    Plaintiff,

  -versus-

HENRY S. DOGIN, et al.,

    Defendants.

79 Civ. 5077 (LAP)

ORDER

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

  The Court is in receipt of Mr. Lifrieri's letter dated July 20 (dkt. no. 545) inquiring about the status of the matter. Counsel are interviewing possible class representatives and will report to the Court by letter no later than August 31.  At that time, the Court will have a better idea of the next steps.

**SO ORDERED.**

Dated: July 31, 2020
   New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.