```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LOUIS MILBURN, et al.,

        Plaintiffs,

   -against-

HENRY S. DOGIN, et al.,

        Defendants.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of Mr. Lifrieri's letter dated December 30, 2020.  (See dkt. no. 556.)  Plaintiffs' counsel shall respond to Mr. Lifrieri's letter no later than February 12, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Lifrieri.

**SO ORDERED.**

Dated:  February 3, 2021
       New York, New York

*[Signature: Loretta A. Preska]*
LORETTA A. PRESKA, U.S.D.J.