UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., Plaintiffs, -against- HENRY S. DOGIN, et al., Defendants. | No. 79-CV-5077 (LAP) ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Miller's letter dated May 20, 2021 regarding his moving papers dated May 4, 2021. (See dkt. no. 577.) Mr. Miller asserts that the Court failed to acknowledge his motion. (See id.) He is mistaken. On May 19, 2021, the Court directed class counsel to respond to Mr. Miller's filings. (See dkt. no. 573.) The Clerk of the Court shall mail a copy of that order, (dkt. no. 573), as well as a copy of this order to Mr. Miller at the address included in his filing at docket number 577.

**SO ORDERED.**

Dated:   May 26, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge