UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HENRY S. DOGIN, et al., <br><br> Defendants. | No. 79-CV-5077 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Class counsel and Defendants shall respond by letter to Mr. Miller's letter [dkt no. 579] regarding his proposed motions no later than June 21, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Miller.

**SO ORDERED.**

Dated:    June 14, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1