

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

WRITER'S DIRECT DIAL: (212) 416-6557

June 16, 2021

**BY ECF**
The Honorable Loretta A. Preska
Senior United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Milburn v. Coughlin,* 79 Civ. 5077 (LAP)

Dear Judge Preska:

This Office represents Defendants in this case. We write, with the consent of counsel for the Plaintiff class, to respectfully request that the Defendants' time to respond to Mr. Miller's letter (Docket No.579), be extended by four days, from June 21, 2021 to June 25, 2021.

The grounds for this request are that I am lead counsel for Defendants, and I will be out of the office and unavailable for the remainder of the week. This Office also needs time to review some of the statements in Mr. Miller's letter with appropriate officials in the New York State Department of Corrections and Community Supervision.

Respectfully submitted,

*/s/ Daniel Schulze*
Daniel Schulze
Section Chief
Daniel.Schulze@ag.ny.gov

**SO ORDERED.**

Dated:   June 18, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.