UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| LOUIS MILBURN, et al., | |
|---|---|
| Plaintiffs, | No. 79-CV-5077 (LAP) |
| -against- | ORDER |
| HENRY S. DOGIN, et al., | |
| Defendants. | |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Mr. Miller's motion to intervene, (see dkt. no. 589), and Mr. Miller's letter commenting on the motion, (see dkt. no. 590). Counsel shall be prepared to discuss those letters at the conference scheduled for June 30, 2021 at 11:00 a.m.

**SO ORDERED.**

Dated: June 23, 2021
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1