UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

        Plaintiffs,

-against-

HENRY S. DOGIN, et al.,

        Defendants.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    For the reasons stated on the record at the hearing held on June 30, 2021, the Court orders the following:

    On June 15, 2021, the Legal Aid Society, Dechert LLP, and Hoffner PLLC filed a letter for pre-motion conference seeking (1) to withdraw as class counsel and (2) to substitute Wachtell, Lipton, Rosen & Katz LLP and the Law Office of Amy Jane Agnew, P.C. as new class counsel. (See dkt. no. 581.) Construing that letter as counsel's motion, the motion [dkt. no. 581] is GRANTED. New class counsel shall promptly file a notice of appearance. Mr. Miller's pre-motion conference letter seeking to move for the removal of the Legal Aid Society and Dechert LLP as class counsel [dkt. no. 579] is construed as his motion and is DENIED as moot.

    Defendants' motion to terminate the consent decree [dkt. no. 431] is DENIED without prejudice to renewal by letter. By consent of the parties, the stay of the consent decree under 18

1

U.S.C. § 3636(e)(2) remains in effect pending further order of the Court.

Decision on Mr. Miller's motion to intervene [dkt. no. 589] and his motion for a preliminary injunction [dkt. no. 579] is RESERVED pending a status update from newly substituted class counsel. Counsel shall provide that update to the Court by letter no later than July 16, 2021.

Defense counsel shall report back to the Court by letter regarding the status of certain facilities at Green Haven no later than July 2, 2021.

The Clerk of the Court shall mail a copy of this order to Mr. Daniel Miller and Mr. Demetrio Lifrieri.

**SO ORDERED.**

Dated:   June 30, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge