IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>HENRY DOGIN, et al.,<br><br>    *Defendants.* | Case No. 79-cv-5077 (LP)<br><br>**NOTICE OF WITHDRAWAL<br>OF APPEARANCE AND ORDER** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 1.4 and the Order of this Court dated June 30, 2021 (Dkt. # 598), I, Neil A. Steiner, hereby respectfully withdraw my appearance as counsel for the plaintiff class in the above-entitled action and request removal from service of any further pleadings in connection with the above-captioned matter.

The plaintiff class are now being represented by attorneys from the Law Office of Amy Jane Agnew, P.C., and Wachtell, Lipton, Rosen & Katz in this matter and my withdrawal will not affect any deadlines or cause any delay in this matter.

Dated: New York, New York
       July 13, 2021

                                    DECHERT LLP

                                    By:  /s/ Neil A, Steiner
                                           Neil A. Steiner
                                    neil.steiner@dechert.com
                                    1095 Avenue of the Americas
                                    New York, New York 10036-6797
                                    Tel.:(212) 698-3500

SO ORDERED
*[signature: Loretta A. Preska]*      Dated:    July 14, 2021
Hon. Loretta A. Preska                                   New York, New York
United State District Judge