IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> HENRY DOGIN, et al., <br><br> *Defendants.* | Case No. 79-cv-5077 (LP) <br><br> **NOTICE OF WITHDRAWAL** <br> **OF APPEARANCE AND ORDER** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 1.4 and the Order of this Court dated June 30, 2021 (Dkt. # 598), I, David A. Kotler, hereby respectfully withdraw my appearance as counsel for the plaintiff class in the above-entitled action and request removal from service of any further pleadings in connection with the above-captioned matter.

The plaintiff class are now being represented by attorneys from the Law Office of Amy Jane Agnew, P.C., and Wachtell, Lipton, Rosen & Katz in this matter and my withdrawal will not affect any deadlines or cause any delay in this matter.

Dated: New York, New York
       July 13, 2021

DECHERT LLP

By: /s/ David A. Kotler
    David A. Kotler
    david.kotler@dechert.com
    1095 Avenue of the Americas
    New York, New York 10036-6797
    Tel.:(212) 698-3500

SO ORDERED

*/s/ Loretta A. Preska*
Hon. Loretta A. Preska
United State District Judge

Dated:  July 14, 2021
        New York, New York