UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>               Plaintiffs,<br><br>-against-<br><br>HENRY S. DOGIN, et al.,<br><br>               Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Mr. Daniel Miller's pro se letter dated June 24, 2021.  (See dkt. no. 606.)

    To the extent that Mr. Miller suggests that the Consent Decree is not stayed, he is referred to the Court's order of June 30, 2021, which states, in relevant part: "By consent of the parties, the stay of the consent decree under 18 U.S.C. § 3636(e)(2) remains in effect pending further order of the Court."  (Dkt. no. at 598 1-2.)

    Class Counsel shall respond to Mr. Miller's letter in their update letter, currently due on July 16, 2021.  (See id. at 2.) To permit Class Counsel time to respond to Mr. Miller's points, the time within which to file the letter is extended to July 23, 2021.

    The Clerk of the Court shall mail a copy of this order to Mr. Miller.

**SO ORDERED.**

1

Dated:     July 14, 2021
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge