IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et. al., <br><br> Plaintiffs, <br> v. <br><br> HENRY DOGIN, et. al. <br><br> Defendants. | 79-cv-5077 (LP) <br><br> **ORDER** |

**PLEASE TAKE NOTICE** that pursuant to Your Honor's June 30, 2021 Order (Dkt. #598), I, David S. Hoffner, of Hoffner PLLC, hereby withdraw as an attorney of record for the plaintiff class in the above-entitled action. Attorneys from the Law Office of Amy Jane Agnew, PC., and Wachtell, Lipton, Rosen & Katz, are now counsel of record for said plaintiffs in the above-referenced matter. Therefore, I hereby request that the Court remove my appearance from the docket.

Dated: July 12, 2021

Respectfully Submitted,

HOFFNER PLLC

/s/ David S. Hoffner

_____
David S. Hoffner
hoffner@hoffnerpllc.com
800 Third Avenue, 13th Floor
New York, New York 10022
Tel.: (212) 471-6203

**IT IS SO ORDERED**.

Dated: July 14, 2021

*/s/ Loretta A. Preska*
Hon. Loretta A. Preska
United States District Court Judge