# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et. al.,<br><br>    Plaintiffs,<br>v.<br><br>HENRY DOGIN, et. al.<br><br>    Defendants. | 79-cv-5077 (LP)<br><br>**ORDER** |

**PLEASE TAKE NOTICE** that pursuant to Your Honor's June 30, 2021 Order (Dkt. # 598), I, Stefen R. Short, an attorney at The Legal Aid Society, hereby withdraws as an attorney of record for the plaintiff class in the above-entitled action. Attorneys from the Law Office of Amy Jane Agnew, P.C., and Wachtell, Lipton, Rosen & Katz, are now counsel of record for said plaintiffs in the above-referenced matter. Therefore, I hereby request that the Court remove my appearance from the docket.

Dated: July 12, 2021

Respectfully Submitted,

THE LEGAL AID SOCIETY

/s/ Stefen R. Short

_____

Stefen R. Short
Supervising Attorney
Prisoners' Rights Project
199 Water Street, Sixth Floor
New York, New York 10038
(212) 577-3530
sshort@legal-aid.org

**IT IS SO ORDERED**.

Dated: July 14, 2021

_____
Loretta A. Preska
United States District Judge