**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| LOUIS MILBURN, et. al.,<br><br>    Plaintiffs,<br>  v.<br><br>HENRY DOGIN, et. al.<br><br>    Defendants. | 79-cv-5077 (LP)<br><br>**ORDER** |

   **PLEASE TAKE NOTICE** that pursuant to Your Honor's June 30, 2021 Order (Dkt. # 598), I, Caroline Sandra Hsu, an attorney at The Legal Aid Society, hereby withdraws as an attorney of record for the plaintiff class in the above-entitled action. Attorneys from the Law Office of Amy Jane Agnew, PC., and Wachtell, Lipton, Rosen & Katz, are now counsel of record for said plaintiffs in the above-referenced matter. Therefore, I hereby request that the Court remove my appearance from the docket.

Dated: July 14, 2021

                Respectfully Submitted,

                THE LEGAL AID SOCIETY

                /s/ Caroline Sandra Hsu

                _____

                Caroline Sandra Hsu
                Attorney
                199 Water Street, Sixth Floor
                New York, New York 10038
                (212) 577-3530
                cshsu@legal-aid.org

**IT IS SO ORDERED**.

Dated: July 16, 2021

Loretta A. Preska
United States District Court Judge