UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

                Plaintiffs,

-against-

HENRY S. DOGIN, et al.,

                Defendant.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the following: (1) Class Counsel's letters of July 20, 2021, (see dkt. nos. 625 & 626), and July 22, 2021, (see dkt. no. 630); (2) Defendants' letter of July 21, 2021, (see dkt. no. 629); (3) a letter from Inmate Daniel Miller dated July 13, 2021, (see dkt. no. 631); and (4) two letters from Mr. Miller dated July 18, 2021, (see dkt. nos. 627 & 628).

    Counsel shall confer and inform the Court by letter no later than July 29, 2021, of the proposed schedule for briefing and discovery on the Defendants' motion to terminate. That motion shall be filed no later than August 6, 2021.

    Also no later than July 29, 2021, Defendants shall inform the Court if they oppose substitution of the Class Representatives proposed in Ms. Agnew's letter of July 20, 2021. (See Dkt. no. 625.) If they do, opposition shall be filed no

1

later than August 6, 2021. Class Counsel shall inform the Court when their reply, if any, shall be filed.

Defendants shall also inform the Court by letter no later than August 6 of the status of the conditions set out in Ms. Agnew's letter of July 20, 2021. (See Dkt no. 626.)

The Clerk of the Court shall mail a copy of this order to Mr. Miller.

**SO ORDERED.**

Dated:   July 28, 2021
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge