# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

July 29, 2021

**VIA ECF**

**Re: *Milburn v. Dogin, et al.*, 79-cv-5077**

Dear Judge Preska:

I write on behalf of the parties to respectfully request that the Court extend the time for the parties to submit a proposed scheduling order to Monday, August 2, 2021. The Court has ordered the parties to submit by today, July 29, 2021. (Dkt. No. 631.) Counsel did meet and confer late yesterday for almost an hour and plan to meet again on Monday to finalize any submission(s). This brief adjournment will give all counsel time for reflection and the opportunity to confer with clients as necessary.

As always, we are grateful for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.

cc:   Counsel of Record (VIA ECF)

The extension requested above is **GRANTED**.

**SO ORDERED.**

Dated:   July 29, 2021
         New York, New York

_____
LORETTA A. PRESKA, U.S.D.J.

1