UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HENRY S. DOGIN, et al., <br><br> Defendants. | No. 79-CV-5077 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Class Counsel's motion to substitute representative plaintiffs in this matter.  (See dkt. no. 625.)  Defendants indicate that they are "willing to conditionally consent to the substitution at this time if the Court allows Defendants to reserve any objections they may have concerning the adequacy of the new class representatives upon receipt and review of the relevant records."  (Dkt. no. 635 at 1.)  Class counsel has no objection to that proposal.  (See dkt. no. 637.)  Accordingly, the motion to substitute the proposed class representatives [dkt. no. 625] is GRANTED, subject to Defendants' right to reserve objections to the representatives.

**SO ORDERED.**

Dated:    August 2, 2021
             New York, New York

                                              */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge