UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HENRY S. DOGIN, et al., <br><br> Defendants. | No. 79-CV-5077 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of inmate Daniel Miller's letters dated August 6, 2021 and August 9, 2021.  (See dkt. nos. 643 & 644.)  Defense counsel shall respond to Mr. Miller's letters no later than August 20, 2021.  The Clerk of the Court shall mail a copy of this order to Mr. Miller.

**SO ORDERED.**

Dated:    August 12, 2021
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge