UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

               Plaintiffs,

-against-

HENRY S. DOGIN, et al.,

               Defendants.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of inmate Daniel Miller's letters dated July 29, 2021, and August 10, 2021.  (See dkt. nos. 648 & 649.)  Defense counsel shall respond to Mr. Miller's letters no later than August 27, 2021.  The Clerk of the Court shall (1) update the docket to reflect that Mr. Miller has withdrawn his motion for a preliminary injunction pending at docket number 579,  and (2) mail a copy of this order to Mr. Miller.

**SO ORDERED.**

Dated:    August 19, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1