UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HENRY S. DOGIN, et al., <br><br> Defendants. | No. 79-CV-5077 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Pursuant to a clarification from the parties, the deadline for completing fact discovery concerning the former UPD shall be October 29, 2021.

**SO ORDERED.**

Dated:    August 23, 2021
            New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge