N.Y.S.D. Case # 79-cv-5077(LAP)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of August, two thousand twenty-one.

Before:  Michael H. Park,
　　　　　*Circuit Judge.*

_____

In Re: Daniel Miller,
　　　Petitioner.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Daniel Miller,

　　　Petitioner,

v.

David R. Harris, Superintendent, Greenhaven Correctional Facility, Thomas A. Coughlin, III, Henry S. Dogin, Administrator Law Enforcement Assistance Administration, United States Department of Justice, Patricia Harris, Secretary of Health Education and Welfare,

　　　Respondents.

_____

**ORDER**

Docket No. 21-1826

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 24 2021

Petitioner, pro se, moves to stay proceedings in the district court pending the disposition of this petition for a writ of mandamus.

IT IS HEREBY ORDERED that, to the extent the motion seeks a temporary stay pending review by a three-judge panel, the stay is DENIED. The motion is REFERRED to a three-judge motions panel.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/24/2021