UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>               Plaintiffs,<br><br>-against-<br><br>HENRY S. DOGIN, et al.,<br><br>               Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Superintendent (or his or her designee) shall respond to the allegations in Mr. Miller's letter of August 21, 2021 (dkt. no. 661) regarding staff retaliation against inmates.

**SO ORDERED.**

Dated:    September 2, 2021
           New York, New York

*/s/ Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1