# Wachtell, Lipton, Rosen & Katz

| | | | | |
|---|---|---|---|---|
| MARTIN LIPTON | STEVEN A. COHEN | 51 WEST 52ND STREET | DAMIAN G. DIDDEN | SABASTIAN V. NILES |
| HERBERT M. WACHTELL | DEBORAH L. PAUL | NEW YORK, N.Y. 10019-6150 | IAN BOCZKO | ALISON ZIESKE PREISS |
| THEODORE N. MIRVIS | DAVID C. KARP | | MATTHEW M. GUEST | TIJANA J. DVORNIC |
| EDWARD D. HERLIHY | RICHARD K. KIM | TELEPHONE: (212) 403-1000 | DAVID E. KAHAN | JENNA E. LEVINE |
| DANIEL A. NEFF | JOSHUA R. CAMMAKER | FACSIMILE: (212) 403-2000 | DAVID K. LAM | RYAN A. McLEOD |
| ANDREW R. BROWNSTEIN | MARK GORDON | | BENJAMIN M. ROTH | ANITHA REDDY |
| MARC WOLINSKY | JEANNEMARIE O'BRIEN | | JOSHUA A. FELTMAN | JOHN L. ROBINSON |
| STEVEN A. ROSENBLUM | WAYNE M. CARLIN | GEORGE A. KATZ (1965-1989) | ELAINE P. GOLIN | JOHN R. SOBOLEWSKI |
| JOHN F. SAVARESE | STEPHEN R. DiPRIMA | JAMES H. FOGELSON (1967-1991) | EMIL A. KLEINHAUS | STEVEN WINTER |
| SCOTT K. CHARLES | NICHOLAS G. DEMMO | LEONARD M. ROSEN (1965-2014) | KARESSA L. CAIN | EMILY D. JOHNSON |
| JODI J. SCHWARTZ | IGOR KIRMAN | | RONALD C. CHEN | JACOB A. KLING |
| ADAM O. EMMERICH | JONATHAN M. MOSES | OF COUNSEL | GORDON S. MOODIE | RAAJ S. NARAYAN |
| RALPH M. LEVENE | T. EIKO STANGE | | DONGJU SONG | VIKTOR SAPEZHNIKOV |
| RICHARD G. MASON | JOHN F. LYNCH | MICHAEL H. BYOWITZ    ERIC S. ROBINSON | BRADLEY R. WILSON | MICHAEL J. SCHOBEL |
| DAVID M. SILK | WILLIAM SAVITT | KENNETH B. FORREST   PATRICIA A. ROBINSON* | GRAHAM W. MELI | ELINA TETELBAUM |
| ROBIN PANOVKA | ERIC M. ROSOF | SELWYN B. GOLDBERG    ERIC M. ROTH | GREGORY E. PESSIN | ERICA E. BONNETT |
| DAVID A. KATZ | GREGORY E. OSTLING | PETER C. HEIN            PAUL K. ROWE | CARRIE M. REILLY | LAUREN M. KOFKE |
| ILENE KNABLE GOTTS | DAVID B. ANDERS | MEYER G. KOPLOW      DAVID A. SCHWARTZ | MARK F. VEBLEN | ZACHARY S. PODOLSKY |
| JEFFREY M. WINTNER | ANDREA K. WAHLQUIST | JOSEPH D. LARSON     MICHAEL J. SEGAL | SARAH K. EDDY | RACHEL B. REISBERG |
| TREVOR S. NORWITZ | ADAM J. SHAPIRO | LAWRENCE S. MAKOW    ELLIOTT V. STEIN | VICTOR GOLDFELD | MARK A. STAGLIANO |
| BEN M. GERMANA | NELSON O. FITTS | DOUGLAS K. MAYER      WARREN R. STERN | BRANDON C. PRICE | CYNTHIA FERNANDEZ |
| ANDREW J. NUSSBAUM | JOSHUA M. HOLMES | PHILIP MINDLIN         LEO E. STRINE, JR.** | KEVIN S. SCHWARTZ |     LUMERMANN |
| RACHELLE SILVERBERG | DAVID E. SHAPIRO | DAVID S. NEILL         PAUL VIZCARRONDO, JR. | MICHAEL S. BENN | CHRISTINA C. MA |
| | | HAROLD S. NOVIKOFF    PATRICIA A. VLAHAKIS | | |
| | | LAWRENCE B. PEDOWITZ    AMY R. WOLF | | |

* ADMITTED IN THE DISTRICT OF COLUMBIA
** ADMITTED IN DELAWARE

COUNSEL

| | |
|---|---|
| DAVID M. ADLERSTEIN | ADAM M. GOGOLAK |
| SUMITA AHUJA | NANCY B. GREENBAUM |
| AMANDA K. ALLEXON | MARK A. KOENIG |
| LOUIS J. BARASH | J. AUSTIN LYONS |
| FRANCO CASTELLI | ALICIA C. McCARTHY |
| ANDREW J.H. CHEUNG | NEIL M. SNYDER |
| PAMELA EHRENKRANZ | S. CHRISTOPHER SZCZERBAN |
| KATHRYN GETTLES-ATWA | JEFFREY A. WATIKER |

Direct Dial: (212) 403-1140
Direct Fax: (212) 403-2140
E-Mail: JLBrooke@wlrk.com

*The modified schedule proposed below is approved. The parties shall appear for a conference on Wednesday, January 12, 2022 at 10:00 a.m.* **SO ORDERED.**

*[signature: Loretta A. Preska]   10/18/2021*

LORETTA A. PRESKA, U.S.D.J.

October 15, 2021

<u>Via ECF</u>

Honorable Loretta A. Preska
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, N.Y. 10007

      Re:    *Milburn, et al.* v. *Dogin, et al.*, No. 79 Civ. 5077 (LAP) (S.D.N.Y.)

Dear Judge Preska:

      Plaintiffs write to update the Court on the parties' recent discussions about discovery in this matter and to respectfully request, on behalf of the parties, that the Court enter an amended Scheduling Order reflecting the parties' agreed-upon discovery and case-management deadlines, as set out below. In light of the parties' agreement, Plaintiffs also accordingly withdraw their October 11 letter motion for a discovery conference, Dkt. 675.

      The parties have had further discussions following the filing of Plaintiffs' October 11 letter motion. Based upon these discussions, it is clear that Defendants are not able to reach substantial completion of document production relating to the Unit for the Physically Disabled

WACHTELL, LIPTON, ROSEN & KATZ

Honorable Loretta A. Preska
October 15, 2021
Page 2

("UPD") by the current deadline of today, October 15, *see* Dkts. 655, 657.  Defendants' incomplete production makes it impossible for Plaintiffs to take depositions by the October 29 deadline for UPD-related fact discovery, and deposition scheduling has also been made considerably more difficult by the current COVID outbreak at Green Haven.  The parties therefore have agreed to an approximately two-week extension of the remaining discovery and case-management deadlines, so as to allow document production to be completed consistent with the parties' discussions and upon Defendants' representation that such an extension is sufficient for their fulfillment of their discovery obligations.  Such an extension will also allow depositions to take place at a time when the current COVID outbreak at Green Haven will hopefully no longer be an obstacle.

The parties accordingly propose the below modified schedule for discovery relating to the UPD and respectfully request that the Court enter an amended Scheduling Order reflecting these deadlines:

- Substantial completion of document production: October 29.
- Close of UPD-related fact discovery: November 17.
- Submission of opening expert reports: November 24.
- Submission of rebuttal expert reports: December 10.
- Close of UPD-related expert discovery: December 17.
- Submission of Plaintiffs' opposition brief to Defendants' Motion to Terminate concerning the issues related to the UPD: December 23.
- Submission of Defendants' reply brief to Plaintiffs' Opposition to Defendants' Motion to terminate: January 7, 2022.

The parties also respectfully request that, if the Court's schedule allows it, a hearing be set for the week of January 10, 2022.

The parties thank the Court for its attention to this case and are available at the Court's convenience.

Respectfully submitted,

*/s/ Justin L. Brooke*
Jonathan M. Moses
Justin L. Brooke
Wilfred T. Beaye
Getzel Berger

CC: Counsel for Defendants (via ECF)
A.J. Agnew, Esq. (Class Co-Counsel) (via ECF)