UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

LOUIS MILBURN, et al,

                Plaintiffs,

    - against -

HENRY S. DOGIN, et al.,

                Defendants.
---------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-8-21

79 Civ. 5077 (LAP)

**ORDER FOR THE DEPOSITION OF INCARCERATEED INDIVIDUAL**

IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of incarcerated individual Milan Heggs, 18-A-4126, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the incarcerated individual, Plaintiffs' counsel, and the Superintendent of the correctional facility where he is located.

Dated: New York, New York
      Nov 8, 2021

                                                         _____
                                                         HON. LORETTA A. PRESKA
                                                         United States District Judge