USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-10-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
LOUIS MILBURN, et al,

               Plaintiffs,

  - against -

HENRY S. DOGIN, et al.,

               Defendants.
---------------------------------- X

79 Civ. 5077 (LAP)

**ORDER FOR THE DEPOSITION OF INCARCERATEED INDIVIDUAL**

IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of incarcerated individual Eugene Mazzio, 11-A-0623, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the incarcerated individual, Plaintiffs' counsel, and the Superintendent of the correctional facility where he is located.

Dated: New York, New York
      Nov. 10, 2021

                                                   _/s/ Loretta A. Preska_
                                                   HON. LORETTA A. PRESKA
                                                   United States District Judge