UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
: 
LOUIS MILBURN, et al,
:      79 Civ. 5077 (LAP)
        Plaintiffs,
:      **ORDER FOR THE DEPOSITION**
  - against -
:      **OF INCARCERATEED INDIVIDUAL**

HENRY S. DOGIN, et al.,
:
        Defendants.
:
------------------------------ X

    IT IS HEREBY ORDERED that an Assistant Attorney General may take the deposition of incarcerated individual Robert Shedrick, 80-B-0731, before a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, at any New York State Correctional Facility, upon notice to the incarcerated individual, Plaintiffs' counsel, and the Superintendent of the correctional facility where he is located.

Dated: New York, New York
     Nov. 16, 2021

                                            _____
                                            HON. LORETTA A. PRESKA
                                            United States District Judge