UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUIS MILBURN, et al.,

              Plaintiffs,

-against-

HENRY S. DOGIN, et al.,

              Defendants.

No. 79-CV-5077 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The conference currently scheduled for Wednesday, February 2, 2022 at 9:00 a.m. is adjourned to Wednesday, February 2, 2022 at 10:30 a.m.  The conference will now occur as a teleconference.  The dial-in is (877) 402-9753, access code: 6545179.

**SO ORDERED.**

Dated:    January 26, 2022
             New York, New York

                                    _/s/ Loretta A. Preska_
                                    LORETTA A. PRESKA
                                    Senior United States District Judge