UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> HENRY S. DOGIN, et al., <br><br> Defendants. | No. 79-CV-5077 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    In advance of the conference scheduled for Wednesday, February 2, 2022 at 10:30 a.m., the Court informs the parties that it would like their views as to the logistics for the hearing regarding Defendants' renewed motion to terminate the Modified Final Consent Judgment (the "Consent Decree") (dkt. nos. 431, 432-1-6, 731) and Plaintiffs' cross motion to modify the Consent Decree (dkt. no. 715).

    The Court would also like the parties' views on how to address related cases, such as 21-cv-11108, Peter Anekwe v. Frederick Bernstein, et al.

**SO ORDERED.**

Dated:    January 31, 2022
           New York, New York

                                          */s/ Loretta A. Preska*
                                          LORETTA A. PRESKA
                                          Senior United States District Judge