UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

             Plaintiffs,

-against-

HENRY S. DOGIN, et al.,

             Defendants.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The evidentiary hearing in this matter will begin on April 25, 2022 at 10:00 a.m. in Courtroom 12A and continue through April 29, 2022.  The Court reiterates its willingness to hold a settlement conference to resolve Phase I of the litigation.

**SO ORDERED.**

Dated:    February 17, 2022
             New York, New York

                                    _/s/ Loretta A. Preska_
                                    LORETTA A. PRESKA
                                    Senior United States District Judge