UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>HENRY S. DOGIN, et al.,<br><br>                Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The evidentiary hearing in this matter currently scheduled for April 25, 2022, will now begin on April 4, 2022 at 10:00 a.m. in Courtroom 12A and continue through April 8, 2022.

**SO ORDERED.**

Dated:    March 7, 2022
            New York, New York

                              */s/ Loretta A. Preska*
                              LORETTA A. PRESKA
                              Senior United States District Judge