UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>           Plaintiffs,<br><br>-against-<br><br>HENRY S. DOGIN, et al.,<br><br>           Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The evidentiary hearing in this matter will revert back to begin on April 25, 2022, at 10:00 a.m. in Courtroom 12A and continue through April 29, 2022.

**SO ORDERED.**

Dated:    March 8, 2022
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1