

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES  
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL  
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8524

April 11, 2022

**By ECF**  
Honorable Loretta A. Preska  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re:   *Milburn v. Dogin*, 79 Civ. 5077 (LAP)

Dear Judge Preska:

This Office represents Defendants in the above-referenced action, and I write jointly on behalf of all parties. While a settlement has not yet been reached, we are very pleased to report that significant progress has been made on essential settlement terms and the issues discussed with Your Honor at the April 4, 2022 conference appear to be addressed in a manner satisfactory to both sides. Because of this, the parties no longer believe that a separate hearing on Phase I issues concerning the former Unit For the Physically Disabled is necessary in this case at this time.

Accordingly, we jointly and respectfully request that the Phase I hearing currently scheduled to begin on April 25, 2022 be adjourned pending settlement, with the parties reserving their right to not be bound until a settlement is finalized. The parties will continue their attempts to reach a settlement that covers the entire case.

We thank the Court for its consideration and assistance in this matter.

SO ORDERED  
*/s/ Loretta A. Preska*  
LORETTA A. PRESKA  
UNITED STATES DISTRICT JUDGE  
4/12/22

Respectfully yours,

/s/  
Daniel Schulze  
Section Chief  
(212) 416-6557  
Daniel.Schulze@ag.ny.gov

cc: All Counsel (by ECF)