UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br> Plaintiff, <br><br> -against- <br><br> HENRY S. DOGIN, et al., <br><br> Defendants. | No. 79-CV-5077 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The settlement conference scheduled for November 10, 2022 at 10:00 a.m. is adjourned to November 10, 2022, at 11:00 a.m. in Courtroom 12A.

**SO ORDERED.**

Dated:    October 6, 2022
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1