UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>HENRY S. DOGIN, et al.,<br><br>                Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The parties shall appear for a settlement conference on December 12, 2022, at 10:30 AM in Courtroom 12A.

**SO ORDERED.**

Dated:    November 15, 2022
              New York, New York

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge