UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

                    Plaintiffs,

 -against-

HENRY S. DOGIN, et al.,

                    Defendants.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

        The settlement conference scheduled for December 12, 2022,

is adjourned to December 13, 2022, at 11:00 AM in Courtroom 12A.

**SO ORDERED.**

Dated:    December 12, 2022
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge