UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
LOUIS MILBURN, et al.,              :
                                    :
            Petitioners,            :
                                    :      79-cv-5077 (LAP)
        -v.-                        :
                                    :      ORDER
THOMAS COUGHLIN III, et al.,        :
                                    :
            Respondents.            :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

Defendants shall submit their redlined version of the proposed amended consent decree to Plaintiffs' counsel no later than close of business on January 24, 2023.

Counsel, together with the Superintendent of Greenhaven or his designee for medical issues and a representative of DOCCS counsel's office with settlement authority shall attend a settlement conference in Courtroom 12A at 500 Pearl Street on Tuesday January 31, 2023 at 2:00 P.M., unless plaintiffs' counsel informs the Court that sufficient progress has been made as to diminish the need either for the conference or for any participants therein.

SO ORDERED.

Dated:    New York, New York
          January 17, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge

1