UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LOUIS MILBURN, et al.,<br><br>                      Plaintiffs,<br><br>-against-<br><br>HENRY S. DOGIN, et al.,<br><br>                      Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The settlement conference scheduled for January 31, 2023, at 2:00 PM shall proceed by telephone on January 31, 2023, at 10:00 AM. Dial-in: (877) 402-9753; access code: 6545179.

**SO ORDERED.**

Dated:     January 30, 2023
             New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge