UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS MILBURN, et al., <br><br>                    Plaintiffs, <br><br> -against- <br><br> HENRY S. DOGIN, et al., <br><br>                    Defendants. | No. 79-CV-5077 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall strike from the record docket number 780.

**SO ORDERED.**

Dated:    April 27, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1