UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LOUIS MILBURN, et al.,

                    Plaintiffs,

          -against-                          79 Civ. 5077 (LAP)

THOMAS A. COUGHLIN, III, et                        ORDER
al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

     Before the Court is James M. West's letter dated November
11, 2022 (dkt. no. 785) in which he complains of several
seemingly serious denials of medical treatment and/or equipment.
The Defendants shall respond by letter no later than September
15.  Mr. West may reply by letter no later than October 15.

     The Clerk of the Court shall mail Mr. West a copy of this
order.

SO ORDERED.

Dated:     New York, New York
           August 15, 2023

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge