UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOUIS MILBURN, et al.,

        Plaintiffs,

-against-

THOMAS A. COUGHLIN, III, et al.,

        Defendants.

79 Civ. 5077 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of a letter from Francisco Rodriguez dated December 15, 2023, (dkt. no. 818), relating to medical care at Greenhaven. Counsel shall confer and inform the Court of the parties' response to Mr. Rodriguez's concerns.

    The Clerk of the Court shall mail Mr. Rodriguez a copy of this order.

SO ORDERED.

Dated:    New York, New York
           January 11, 2024

                             _____
                             LORETTA A. PRESKA
                             Senior United States District Judge