UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETTE, et al.,<br><br>          Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>          Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of the status report submitted by Class Counsel in the above-captioned case.  (See dkt. no. 820.)  Class Counsel shall file all objections to the Proposed Modified Consent Order by January 22, 2024.  Class Counsel shall also file by January 22, 2024, a Proposed Order to Produce for each objector who wishes to address the Court.

**SO ORDERED.**

Dated:    January 17, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1