UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETE, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>        Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    At the Fairness Hearing held on January 31, 2024, the parties jointly moved to convert the Order Preliminarily Approving the Modified Consent Order, (see dkt. no. 813), to a permanently approved Modified Consent Order.  After reviewing the proposed Modified Consent Order, (see dkt. no. 810-1), and reading and hearing the objections to the proposed Modified Consent Order that certain class members made in writing and at the Fairness Hearing, the Court finds that the proposed Modified Consent Order is fair, reasonable, and adequate.  See Fed. R. Civ. P. 23(e)(2). Accordingly, the Court GRANTS the parties' joint motion and hereby permanently approves the Modified Consent Order.

**SO ORDERED.**

Dated:    February 1, 2024
           New York, New York

                                               */s/ Loretta A. Preska*
                                               LORETTA A. PRESKA
                                               Senior United States District Judge