UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETE, et al.,<br><br>            Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>            Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' counsel's motion for fees and costs.  (See dkt. no. 843.)  Counsel shall confer and inform the Court of an agreed-upon briefing schedule together with an approximate return date.

**SO ORDERED.**

Dated:    March 20, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1