UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETE, et al.,<br><br>    Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>    Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the parties' joint proposed schedule for briefing Plaintiffs' motion for fees and costs, which the Court so-ordered on March 21, 2024.  (See dkt. nos. 847, 848.)  The parties shall appear for oral argument on their respective briefing at 10:00 a.m. on June 12, 2024, in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated: March 25, 2024
    New York, New York

             *Loretta A. Preska*
             _____
             LORETTA A. PRESKA
             Senior United States District Judge