UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETE, et al.,<br><br>　　　　　Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>　　　　　Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The representative from the New York State Department of Corrections and Community Supervision Counsels' Office remotely attending the settlement conference scheduled for May 30, 2024, may access the conference using the dial-in (877) 402-9753, access code 6545179.

**SO ORDERED.**

Dated:　　May 28, 2024
　　　　　New York, New York

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　Senior United States District Judge

1