UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PABLO BERIQUETE, et al.,

           Plaintiffs,

-against-

DANIEL F. MARTUCELLO III, et al.,

           Defendants.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by Anthony Grigg. (See dkt. no. 863.) Counsel for Plaintiffs and counsel for the State shall confer and jointly advise the Court by letter, no later than October 22, 2024, of Mr. Grigg's status.

**SO ORDERED.**

Dated:    October 7, 2024
            New York, New York

                                */s/ Loretta A. Preska*
                                LORETTA A. PRESKA
                                Senior United States District Judge