UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
PABLO BERIQUETE, et al.,

                   Plaintiffs,

-against-

DANIEL F. MARTUCELLO III, et
al.,

                   Defendants.
```

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter filed by Allen Porter. (See dkt. no. 866.)  Counsel for Plaintiffs and counsel for the State shall confer and jointly advise the Court by letter, no later than November 7, 2024, of the parties' response to Mr. Porter's concerns.

The Clerk of the Court shall mail Mr. Porter a copy of this Order.

**SO ORDERED.**

Dated:     October 24, 2024
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1