UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETE, et al.,<br><br>             Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>             Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

   The Court is in receipt of the letter filed by Allen Porter, dated November 20, 2024.  (See dkt. no. 869.)  Counsel for Plaintiffs and counsel for the State shall confer and jointly advise the Court by letter, no later than December 13, 2024, of the parties' response to Mr. Porter's concerns.  In particular, the parties shall advise the Court as to how DOCCs is addressing delays in treatment and cancellations of appointments due to security staff being unavailable for transport.

   The Clerk of the Court shall mail Mr. Porter a copy of this Order.

**SO ORDERED.**

Dated:   December 4, 2024
         New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1