UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PABLO BERIQUETE, et al.,

                Plaintiffs,

-against-

DANIEL F. MARTUCELLO III, et al.,

                Defendants.

No. 79-CV-5077 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by Gordon Gross, dated December 29, 2024.  (See dkt. no. 874.)  Counsel for Plaintiffs and counsel for the State shall confer and jointly advise the Court by letter, no later than February 28, 2025, of the parties' response to Mr. Gross's concerns.

    The Clerk of the Court shall mail Mr. Gross a copy of this Order.

**SO ORDERED.**

Dated:    February 11, 2025
           New York, New York

                                *Loretta A. Presky*
                              LORETTA A. PRESKA
                              Senior United States District Judge