UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETE, et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>              Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The conference previously scheduled for April 21, 2025 in the above-captioned case will be held on May 15, 2025 at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    April 21, 2025
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1