UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PABLO BERIQUETE, et al.,<br><br>        Plaintiffs,<br><br>-against-<br><br>DANIEL F. MARTUCELLO III, et al.,<br><br>        Defendants. | No. 79-CV-5077 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    As agreed by the parties during the conference held today, October 8, 2025, the Clerk of the Court shall close docket number 913.

**SO ORDERED.**

Dated:    October 8, 2025
           New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1