## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

October 24, 2025

**VIA ECF**

Re:   *Milburn/Beriquete, 79-cv-5077*

Dear Judge Preska:

    I write on behalf of the parties to request some additional time to update the Court on the parties' progress since our October 8, 2025 conference. Mr. Blaustein has been working with his client and informs several action items are underway. Plaintiffs' medical expert, Dr. Homer Venters, will also be traveling to Green Haven next Tuesday to examine and speak with approximately 11 patients. With the Court's leave, the parties would like to file a robust status report on November 7, 2025.

    As always, we thank the Court for its courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel for Plaintiff Class*

```
The request is granted. The
parties have until November
7, 2025 to file a status
report. The Clerk of the
Court shall close dkt. no.
919. SO ORDERED.
```

_____
Loretta A. Preska
United States District Judge

October 24, 2025