# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

November 6, 2025

**VIA ECF**

Re:   *Milburn/Beriquete, 79-cv-5077*

Dear Judge Preska:

I write on behalf of the parties to apprise the Court of progress since the parties' conference with the Court on October 8, 2025.

Unfortunately, documents from Defendants are still outstanding – in particular, the rosters of medical personnel from the last few monitoring submissions, the corrected medical device tracking sheets, and the printouts of specialty appointments with referral and scheduling dates from DOCCS' Central Office FHS1 system.  Defendants' counsel has asked their clients to expedite these records. Green Haven has made substantial effort in catching up with outstanding requests for medical records which we appreciate.

Last week, Plaintiffs' expert, Dr. Homer Venters, traveled to Green Haven and was able to examine 9 patients.  He is preparing a report on his findings, but preliminarily, he has found gross deficiencies in the delivery of medical care all related to the delayed specialty appointments and the following of cancer patients. The vast majority of concerning issues we see in class members now are all related to canceled and severely delayed specialty appointments.  We do need the Central Office FHS1 printouts to assess the situation.  As soon as we receive those, we can go over them with our expert.

We respectfully request <u>permission to file a pointed report on the docket with our findings</u>.  We will then meet and confer with Defendants' counsel and request a conference with the Court as necessary.

---

*New York Office*           (973) 600-1724           aj@ajagnew.com           *New Jersey Office*
24 Fifth Avenue, Suite 1701                                                   36 Page Hill Road
New York, NY 10011                                                            Far Hills, NJ 07931

Finally, Plaintiffs seek <u>permission to file a very brief letter under seal regarding one class member</u>. Mr. Blaustein has consented to submission of the letter under seal as it concerns personal health information that I feel it is important to relay to the Court to cut down on inefficiencies.

As always, we thank the Court for its courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel for Plaintiff Class*

```
The underlined requests are GRANTED.
SO ORDERED.
```
_____
Loretta A. Preska, U.S.D.J.
November 7, 2025

*New York Office*　　(973) 600-1724　　aj@ajagnew.com　　*New Jersey Office*
24 Fifth Avenue, Suite 1701　　　　　　　　　　　　　　　36 Page Hill Road
New York, NY 10011　　　　　　　　　　　　　　　　　　Far Hills, NJ 07931