UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PABLO BERIQUETE, et al.,

                 Plaintiffs,

-against-

DANIEL F. MARTUCELLO III, et
al.,

                 Defendants.

No. 79-CV-5077 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The parties move to extend the current Modified Consent Decree and Order for thirty (30) more days, until May 27, 2026. In addition, Plaintiff Class moves to take one third-party deposition of either Megan Yaiser or Zachary DeBartolo from the DOCCS scheduling office that facilitates outside medical appointments. Both motions are GRANTED. The Clerk of Court shall close docket number 929. **SO ORDERED.**

Dated:     April 28, 2026
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge