# LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

May 20, 2026

**VIA ECF**

**Re:** *Milburn/Beriquete, 79-cv-5077*

Dear Judge Preska:

I write on behalf of the parties in furtherance of my letter of April 27, 2026 (dkt. no. 929) and the Court's order of April 28, 2026 extending the Modified Consent Decree and Order for thirty days (Dkt. No. 930). While the parties were making progress on a stipulation, it seems we are at an impasse over monitoring fees for the additional year. At a meet and confer this morning, Defendants stated their position that "monitoring fees are waived with an extension [of a Consent Decree]." [i] Regardless, even if Defendants had authority (which they do not), the proposition does not make sense. Defendants have not been compliant with the Modified Consent Order for the last two years and when the Plaintiff class graciously offers an extension allowing them the room to get compliant with the most pressing issues, they suggest Plaintiffs' courtesy should be to Plaintiffs' detriment. They even threw in "you can only get your fees for a contempt motion," for good measure.

At this point, the representative plaintiffs have been more than gracious – especially in light of Defendants utter failure to produce the FHS1 records promised in October of 2025. The representative plaintiffs asked me to quickly move for contempt if their very, very limited requests were met with anything other than reasonable courtesy. At this juncture, I agree with my clients, though I championed restraint as contempt motions do not always deliver medical care.

In order to prepare our papers, we do need the FHS1 records that show when referrals have been input, approved, scheduled, and when patients were actually seen or their appointments were canceled from January 1, 2025 to present. We will be

---

*New York Office*           (973) 600-1724        aj@ajagnew.com         *New Jersey Office*
24 Fifth Avenue, Suite 1701                                              36 Page Hill Road
New York, NY 10011                                                      Far Hills, NJ 07931

exploring at the deposition of Dr. Zachary DeBartolo on June 1, 2026 the coding used when specialty appointments are canceled.  Our understanding is those codes will unequivocally show how many specialty appointments out of Green Haven were canceled because Green Haven was simply not transporting patients.  As the Court knows, we have already had our expert, Dr. Homer Venters, start preparing expert disclosures for our motion – however, we have been waiting for the FHS1 records from Defendants which were requested and promised well before the Consent Decree was set to expire.

Because we do not believe Plaintiffs should be taxed for Defendants' recalcitrance in providing the necessary discovery, we respectfully request the Court extend the current Consent Decree until the motion for contempt can be adjudicated.  We additionally request that Defendants be ordered to produce another set of monitoring documents on June 22, 2026 pursuant to the current Consent Order.  The last set was due February 22, 2026 and was not produced until March 25, 2026.

This office anticipates filing a motion for contempt two weeks after Defendants finally produce the documents which we can only hope would be produced by June 22, 2026 at the latest.

We are, of course, happy to conference Defendants' self-inflicted wound or provide the Court with additional briefing as necessary.

With our thanks for the Court's continuing courtesy.


Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel for Plaintiff Class*

SO ORDERED

_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 28, 2026

---

[1] So the Court understands our position, this office spends hundreds of hours a month on the Milburn class action – including visits, review of medical records, advocacy letters, and communications with class members.  To settle the original suit, this office agreed to waive all monitoring attorneys' fees, money spent on medical records, travel costs, and expert fees; Defendants were responsible only for $72,000 for the two years to cover paralegal time.

---

| *New York Office* | (973) 600-1724 | aj@ajagnew.com | *New Jersey Office* |
| 24 Fifth Avenue, Suite 1701 | | | 36 Page Hill Road |
| New York, NY 10011 | | | Far Hills, NJ 07931 |